Rule 38

Attachment A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
MAY 12 2020
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

MANETirony Clerwnein

_Your full name_

STATE CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. § 1983

3:20CV78

v.

Civil Action No.: ~~20-CV-00028~~
(To be assigned by the Clerk of Court)

Herbert. C. Hoover, et al.

See [At 7,(I)]

Groh
Trumble
Sims

_Enter above the full name of defendant(s) in this action_

I. **JURISDICTION**

This is a civil action brought pursuant to **42 U.S.C. § 1983**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201. See his pending motion for International Extradition by Quashing [the ANTSS] criminal ~~~~ Bsns Fur Genicide refun Act MECRAS

II. **PARTIES**

_In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided._

A.   Your Name: MANETirony Clerwnein
     Inmate No.: 1900382
     Address: 111 S. Alabama Street, Okmulgee OK 74447

_In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided._

B.   Name of Defendant: Herbert, C. Hoover, et al.

Attachment A

Position: Director

Place of Employment: _____

Address: See 7(I)

Was this Defendant acting under the authority or color of state law at the time these claims occurred?    ☒ Yes    ☐ No

If your answer is "YES," briefly explain: _____

B.1   Name of Defendant: See 7(I)

Position: _____

Place of Employment: ⟨ditto⟩

Address: ⟨ditto⟩

Was this Defendant acting under the authority or color of state law at the time these claims occurred?    ☐ Yes    ☐ No

If your answer is "YES," briefly explain: _____

B.2   Name of Defendant: See 7(I)

Position: _____

Place of Employment: _____

Address: _____

Attachment A

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☒ Yes   ☐ No

If your answer is "YES," briefly explain: _____

See 7(I)

B.3   Name of Defendant: 7(I)
Position: "
Place of Employment: "
Address: "

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☒ Yes   ☐ No

If your answer is "YES," briefly explain: _____

"

B.4   Name of Defendant: 7(I)
Position: Some
Place of Employment: 7(I)
Address: _____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____

Attachment A

_____
_____

B.5   Name of Defendant: _____7 (I)_____

Position: _____n_____

Place of Employment: _____n_____

Address: _____n_____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☒ Yes   ☐ No

If your answer is "YES," briefly explain: _____
_____See Above_____
_____

III.   PLACE OF PRESENT CONFINEMENT

Name of Prison/Institution: __Moore Detention Center (MDC)__

A.   Is this where the events concerning your complaint took place?
☐ Yes   ☒ No

If you answered "NO," where did the events occur?
_____

B.   Is there a prisoner grievance procedure in the institution where the events occurred?   ☐ Yes   ☐ No

C.   Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?   ☒ Yes   ☐ No

D.   If your answer is "NO," explain why not _____

**Attachment A**

_____
_____

E. If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES**:

LEVEL 1 _this based upon Constitunel_
LEVEL 2 _Challenge for the (DNA)?_
LEVEL 3 _____

IV. PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?   ☐ Yes   ☐ No

B. If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1. Parties to this previous lawsuit:

   Plaintiff(s): _See Attach Motion For_
   Defendant(s): _review_

2. Court: _____
   *(If federal court, name the district; if state court, name the county)*

3. Case Number: _All cases Attached -_

4. Basic Claim Made/Issues Raised: _____
   _____

5. Name of Judge(s) to whom case was assigned: _See records_

Attachment A

6. Disposition: _____
   (For example, was the case dismissed? Appealed? Pending?)

7. Approximate date of filing lawsuit: _____

8. Approximate date of disposition. **ATTACH COPIES**

C. Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?   ☒ Yes   ☐ No

D. If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

   _Most of Grievances Filed while in Custody of the defendants?_

E. Did you exhaust available administrative remedies?   ☒ Yes   ☐ No

F. If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

   _Yes All are?_

G. If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

**Attachment A**

1.  Parties to previous lawsuit:

    Plaintiff(s): _____

    Defendant(s): _____

2.  Name and location of court and docket number:

    _____

    _____

3.  Grounds for dismissal:  ☐ frivolous  ☐ malicious
    ☐ failure to state a claim upon which relief may be granted

4.  Approximate date of filing lawsuit: _____

5.  Approximate date of disposition: _____

V.  STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.** (LR PL 3.4.4)*

CLAIM 1: Supplentiel Injustuce Fur the Court Considu his motions?

Supporting Facts: On or about Feb, 2017, the plemtiff filed his complent under [17-452] in Hrns.

Attachment A

CLAIM 2: Article III standing

Supporting Facts: This case involved counterclaims against the defendants within the (DVM) for spatched which cause plaintiff injuries.

CLAIM 3: DE NOVO review for (CFPB)

Supporting Facts: the venue center alleged that the plaintiff violating section 1315(c) which plaintiff is is asking for quashing.

CLAIM 4: the (DVM) is ambiguous

Supporting Facts: See, Motion for Supplemental of justice adversely affected [the motion] And for related matter for justification set (from)

CLAIM 5: Supplemental for compelling

Supporting Facts: the plaintiff ask the court to compel the agencies to provide resources to litigate the controversies while in custody of (BOP)

VI. INJURY

Attachment A

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

the plentiff is alleging he has been injured by the defendants interveing reuse by feilure to implement rules Agenst Aperhea

VII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you.
*Make no legal arguments. Cite no cases or statutes.*

the plaintiff ask the court to certify this case under Article III, when he is inquiring for amending All casis and granting him (DFP)

DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  Moore Detention Cntr   on  05/04/2020  .
             (Location)                  (Date)

Your Signature

Personal section lanes are not open (Unit 04 are not open)